In the Matter of REUBEN J. STRAUSS, Appellant, against WILLIAM A. HANNIG et al., as Members of the Board of Examiners of the Board of Education of the City of New York, Respondents.

Argued May 31, 1939; decided June 21, 1939.

*George Dyson Friou* for appellant.

*William C. Chanler, Corporation Counsel* (*James Hall Prothero* and *Paxton Blair* of counsel), for respondents.

Order affirmed, without costs; no opinion. (See 281 N..Y. 757.)

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.